# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

130480

PAMELA R. JEWELL,
     Plaintiff-Appellee,

v

ELECTROLUX NORTH AMERICA, INC.,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130480
COA: 264938
WCAC: 04-000144

     On order of the Court, the application for leave to appeal the January 17, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk

t0424